|  |  |  |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF GAIL D. SAUSSER TO RESIGN FROM THE PRACTICE OF LAW IN MARYLAND | * * * * * * | IN THE<br><br>SUPREME COURT<br><br>OF MARYLAND<br><br>AG No. 34<br><br>September Term, 2023 |

**ORDER**

Upon consideration of the application to resign from the practice of law and the corrected application to resign from the practice of law filed by Gail Dianne Sausser on January 12, 2024 and January 22, 2024, respectively, and Bar Counsel's response to the application, advising that Bar Counsel conducted an investigation and is satisfied that the requirements of Rule 19-735(b) have been met and requests that the application be accepted, it is this 31st day of January 2024,

ORDERED, by the Supreme Court of Maryland, that the resignation of Gail D. Sausser from the Bar of the State of Maryland is accepted; and it is further

ORDERED, that, pursuant to Rule 19-735(e), the Clerk of this Court shall remove the name Gail D. Sausser from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State; and it is further

ORDERED, that the Clerk of the Court shall give any notice required by Rule 19-707(e).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice